Amy P. Lally (SBN 198555)
alally@sidley.com
Alexis Buese (SBN 259812)
alexis.buese@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
Stacy R. Horth-Neubert (SBN 2145565)
shorthneubert@sidley.com
Rachel R. Goldberg (SBN 308852)
rachel.goldberg@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Attorneys for DBD Credit Funding LLC,
Fortress Investment Group, LLC
and Henry Winterstern

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>TBH19, LLC, a Delaware limited liability company,<br><br>           Debtor.<br><br>---<br><br>TBH19, LLC, a Delaware limited liability company; LEONARD M. ROSS, individually and as Trustee of the Leonard M. Ross Revocable Trust (u/d/t 12-20-85); LMR-TBH LLC, a Delaware limited liability company; and ROSSCO HOLDINGS INC., a California corporation,<br><br>           Plaintiffs, | Case No. 2:19-bk-23823-BB<br><br>Adv. No. 2:20-ap-01041-VZ<br><br>Chapter 11<br><br>Assigned to: The Hon. Vincent P. Zurzolo<br><br>**NOTICE OF APPEARANCE OF DBD CREDIT FUNDING LLC, FORTRESS INVESTMENT GROUP, LLC AND HENRY WINTERSTERN; AND REQUEST FOR SPECIAL NOTICE** |

254688235

| | |
|---|---|
| 1 | v.                                                       ) |
| 2 | HARVEY BOOKSTEIN, individually and as    ) |
|   | Trustee of the Harvey and Harriet Bookstein    ) |
| 3 | Living Trust (u/d/t 8-11-99); HAR-BD LLC, a    ) |
|   | Delaware limited liability company; HAR-LLC, a ) |
| 4 | California limited liability company; HAR-RFF   ) |
|   | LLC, a Delaware limited liability company; HAR- ) |
| 5 | MANAGING ENTITY LLC, a California limited  ) |
|   | liability company; HAR-BD INVESTORS LLC, a ) |
| 6 | Delaware limited liability company; HAR-1011   ) |
|   | LLC, a Delaware limited liability company;       ) |
| 7 | ARMANINO LLP, a California limited liability   ) |
|   | company; MARTIN BURTON, an individual;       ) |
| 8 | GLORYA KAUFMAN, individually and as          ) |
|   | Trustee of the Glorya Kaufman Trust (u/d/t 3-13- ) |
| 9 | 92); DBD CREDIT FUNDING LLC, a Delaware  ) |
|   | limited liability company; FORTRESS              ) |
| 10 | INVESTMENT GROUP LLC, a Delaware          ) |
|   | limited liability company; HENRY                  ) |
| 11 | WINTERSTERN, an individual; and DOES 1      ) |
|   | through 500, inclusive,                             ) |
| 12 |                                                       ) |
|   | Defendants                                         ) |
| 13 |                                                       ) |
| 14 |                                                       ) |

16    **PLEASE TAKE NOTICE** that Sidley Austin LLP, hereby appears in the above-captioned

17    case on behalf of DBD Credit Funding LLC, Fortress Investment Group, LLC and Henry

18    Winterstern (the "DBD Parties"), and hereby requests, in accordance with Rules 2002, 9007 and

19    9010(b) of the Federal Rules of Bankruptcy Procedure, that copies of any and all notices and papers

20    filed or entered in connection with the above-captioned case be given to and served upon the

21    following:

Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: 213.896.6000
gweiner@sidley.com

26    **PLEASE TAKE FURTHER NOTICE**, that in accordance with 11 U.S.C. § 1109(b), the

27    foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules

28    specified above, but also includes, without limitations, order and notices of any petition, pleading,

complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the Entities.

**PLEASE TAKE FURTHER NOTICE**, that the filing of this Notice of Appearance shall not constitute (a) a waiver of rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) a waiver of rights to trial by jury in any proceedings as to any and all matters so triable; (c) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments, all of which the DBD Parties expressly reserve; or (e) a consent by the DBD Parties to the jurisdiction of the United States Bankruptcy Court for the Central District of California with respect to any proceeding commenced in this case against or otherwise involving the DBD Parties.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the DBD Parties, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Date: February 27, 2020

SIDLEY AUSTIN LLP

By: */s/ Genevieve G. Weiner*
   Genevieve G. Weiner

Attorneys for DBD Credit Funding LLC, Fortress Investment Group, LLC and Henry Winterstern

Main Document    Page 4 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE OF DBD CREDIT FUNDING LLC, FORTRESS INVESTMENT GROUP, LLC AND HENRY WINTERSTERN; AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/2020 | Pamela Santos | */s/Pamela Santos* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

ACTIVE 254830404

## SERVICE LIST

| Via ECF Notice | |
|---|---|
| Kelly L. Morrison | kelly.l.morrison@usdoj.gov |
| Aram Ordubegian | aram.ordubegian@arentfox.com |
| Leonard M. Ross | lross@lmrplc |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Christopher K.S. Wong | christopher.wong@arentfox.com |
| Robert M. Yaspan | court@yaspanlaw.com, tmenachian@yaspanlaw.com |
| **Via U.S. First Class Mail** | |
| Leonard M. Ross<br>LM Ross Professional Law Corp.<br>269 S. Beverly Drive, Suite 1075<br>Beverly Hills, CA 90212 | Glorya Kaufman<br>c/o PB Law Group LLP<br>1901 Avenue of the Stars, Suite 277<br>Los Angeles, CA 90067 |
| David Shemano<br>Shemano Law<br>1801 Century Park East, Suite 1600<br>Los Angeles, CA 90067 | Luan K. Phan<br>Jody M. Borrelli<br>PB Law Group, LLP<br>1901 Avenue of the Stars, Suite 227<br>Los Angeles, CA 90067 |
| Martin N. Burton<br>Law Offices of Martin N. Burton<br>2026 Hilldale Drive<br>La Canada Flintridge, CA 91011 | Robert Meylan<br>Meyland Davitt Jain Arevian & Kim LLP<br>4444 S. Flower Street, Suite 1850<br>Los Angeles, CA 90071 |
| David Shemano<br>Shemano Law<br>1801 Century Park East, Suite 1600<br>Los Angeles, CA 90067 | Aramino LLP<br>11766 Wilshire Blvd., 9th Floor<br>Los Angeles, CA 90025 |
| **Via Messenger** | |
| The Hon. Vincent P. Zurzolo<br>United States Bankruptcy Court<br>Central District of California - Chambers Copy<br>255 E. Temple Street, Suite 1360 / Courtroom 1368<br>Los Angeles, CA 90012 | Kelly L. Morrison, Esq.<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 |
| Robert M. Yaspan, Esq.<br>Joseph G.McCarty, Esq.<br>Debra R. Brand<br>Law Offices of Robert M. Yaspan<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367 | |