| | |
|---|---|
| 1<br>2<br>3<br>4 | Robert L. Meylan (SBN 144031)<br>**MEYLAN DAVITT JAIN AREVIAN & KIM LLP**<br>444 South Flower Street, Suite 1850<br>Los Angeles, CA 90071-2969<br>Telephone:   213.225.6000<br>Facsimile:    213.225.6191<br>Email:           rmeylan@mdjalaw.com |
| 5<br>6<br>7<br>8<br>9 | Aram Ordubegian (SBN 185142)<br>Christopher K.S. Wong (SBN 308048)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:   213.629.7400<br>Facsimile:    213.629.7401<br>Email:           aram.ordubegian@arentfox.com<br>                    christopher.wong@arentfox.com |
| 10<br>11 | Counsel for Glorya Kaufman,<br>Individually and as Trustee of the<br>Glorya Kaufman Trust, Dated 3-13-92 |

**FILED & ENTERED**

**JUN 09 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TBH19, LLC., a Delaware limited liability company,<br><br>           Debtor, | Case No. 19-bk-23823-VZ<br><br>Chapter 11 |
| TBH19, LLC, a Delaware limited liability company; LEONARD M. ROSS, individually and as trustee of the Leonard M. Ross Revocable Trust (u/d/t 12-20-85); LMR-TBH, LLC, a Delaware limited liability company; and ROSSCO HOLDINGS INCORPORATED, a California corporation,<br><br>           Plaintiffs,<br><br>           v.<br><br>HARVEY BOOKSTEIN, individually and as trustee of the Harvey and Harriet Bookstein Living Trust (u/d/t 8/11/99); HAR-BD LLC, a | Adv. No. 2:20-ap-01041-VZ<br><br>**ORDER GRANTING MOTION FOR REMAND**<br><br>Hearing:<br>Date:   May 28, 2020<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

| | |
|---|---|
| 1 | Delaware limited liability company; HAR-LLC, a California limited liability company; |
| 2 | HAR-RFF LLC, a Delaware limited liability company; HAR-MANAGING ENTITY, LLC, |
| 3 | a California limited liability company; HAR-BD INVESTORS LLC, a Delaware limited |
| 4 | liability company; HAR-1011 LLC, a Delaware limited liability company; |
| 5 | ARMANINO LLP, a California limited liability partnership; MARTIN BURTON, an |
| 6 | individual; GLORYA KAUFMAN, individually and as trustee of the GLORYA |
| 7 | KAUFMAN TRUST, DATED 3-13-92; DBD CREDIT FUNDING LLC, a Delaware limited |
| 8 | liability company; FORTRESS INVESTMENT GROUP; and DOES 1 |
| 9 | through 500 inclusive |
| 10 | Defendants. |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On May 28, 2020, at 11:00 a.m. a hearing was held to consider the *Motion to Remand Removed Action (28 USC § 1452)* [Dkt. No. 53] (the "Remand Motion") filed by Plaintiff Leonard M. Ross, LMR-TBH, LLC and Rossco Holdings Incorporated. Appearances at the May 28, 2020 hearing are reflected on the record.

The Court, having reviewed and considered the Remand Motion; the declaration of Leonard M. Ross in support thereof [Dkt. No. 54]; the notice and amended notice of the Remand Motion [Dkt. Nos. 55 and 58]; the *Opposition of Bookstein Entities to Motion of Leonard Ross to Remand Action Removed by Leonard Ross* [Dkt. No. 78]; *Defendants DBD Credit Funding LLC, Fortress Investment Group LLC, and Henry Winterstern's Opposition to Motion to Remand Adversary Proceeding* [Dkt. No. 80]; *Plaintiff TBH19, LLC's Omnibus Limited Opposition to Various Motions for Remand and Abstention* [Dkt. No. 81], *Glorya Kaufman's Omnibus Limited Opposition to Motions for Remand and Abstention* and *Declarations of Luan K. Phan and Aram Ordubegian in Support Thereof* [Dkt. No. 86]; *Plaintiff Leonard M. Ross, Individually and as Trustee of the Leonard M. Ross Revocable Trust (u/d/t 12-20-85); LMR-TBH, LLC; and Rossco Holdings*

*Incorporated's Reply to Defendants DBD Credit Funding LLC, Fortress Investment Group, LLC, and Henry Winterstern's Opposition to Motion to Remand Adversary Proceeding* [Dkt. No. 93]; *Plaintiff Leonard M. Ross, Individually and as Trustee of the Leonard M. Ross Revocable Trust (u/d/t 12-20-85); LMR-TBH, LLC; and Rossco Holdings Incorporated's Reply to Opposition of Bookstein Entities to Motion of Leonard Ross to Remand Action Removed by Leonard Ross* [Dkt. No. 95]; all other pleadings and evidence submitted in connection with the Remand Motion; the complete record in the above-captioned case; and the arguments and representations made by counsel at the hearing; and it appearing that the Court has jurisdiction to hear and decide the Remand Motion, that notice of the Remand Motion was sufficient and appropriate and no further notice must be given, and based on the findings of fact and conclusions of law set forth on the record at the hearing, and for other good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Remand Motion is **GRANTED**.

2. The above-captioned adversary proceeding, Adv. No. 2:20-ap-01041-VZ, is remanded in its entirety to the Los Angeles Superior Court.

3. The Clerk of the Court shall close the above-captioned adversary proceeding.

*Approved as to form:*

Dated: June 3, 2020                    **LM ROSS PROFESSIONAL LAW CORP.**

                                                 By:*/s/ Leonard M. Ross*
                                                   Leonard M. Ross

                                                   Counsel for Leonard M. Ross, LMR-TBH, LLC and Rossco Holdings Incorporated

Dated: June 3, 2020                    **SIDLEY AUSTIN LLP**

                                                 By:*/s/ David R. Carpenter*
                                                 David R. Carpenter

                                                 Counsel for DBD Credit Funding LLC, Fortress Investment Group LLC, and Henry Winterstern

Dated: June 3, 2020

**SHEMANOLAW**

By:/s/ *David B. Shemano*
   David B. Shemano

   Counsel for Harvey Bookstein, Martin Burton, HAR-BD, LLC, HAR, LLC, HAR-RFF, LLC, HAR-Managing Entity, LLC, HAR-BD Investors, LLC, and HAR-1011, LLC

# # #

Date: June 9, 2020

*/s/ Vincent P. Zurzolo*
Vincent P. Zurzolo
United States Bankruptcy Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -