UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

KATHLEEN J. CAMPBELL
Executive Officer
Clerk of Court



# TRANSMITTAL LETTER

Date:  June 11, 2020

RE:   Certified Copy of Order Granting Motion for Remand Adversary Proceedings to Superior Court Adversary No: 2:20-ap-01041-VZ Central District of CA. Plaintiff(s): TBH19, LLC, Leonard M Ross Revocable Trust, LMR-TBH, LLC, Rossco Holdings Incorporated.  Defendant(s): Harvey Bookstein.

State Court Case Number: **19STCV32941**

From: Olivia Ventura, Team Leader

Dear Clerk:

I am hereby transmitting a Certified Copy of the Order Remanding Removed Civil Action to State Court filed in the above-entitled Bankruptcy Case/Proceeding(s) for processing in your Court.

Please acknowledge receipt of same on the attached copy of this letter and return in PDF format via e-mail (olivia_ventura@cacb.uscourts.gov). Thank you for your cooperation

Very truly yours,

Olivia Ventura, Team Leader
U.S. Bankruptcy Court

-------------------------------------------------------------------------------------------------------------------

Receipt is acknowledged of the documents described herein.

Date:_____         New Case No.: _____

Name of  Judge assigned: _____

Dated:_____         By: _____
                                                          Deputy Clerk

Edward R Roybal Federal Building ♦ 255  East Temple Street ♦ Los Angeles, California 90012